# CRIMINAL CASE MINUTES

**Case Title:** USA v Aline Espinosa-Villegas

**Case Number:** 4:20mj00281-02 JJV

**Before U.S. Magistrate Judge Joe J. Volpe**

**Date of hearing:** December 17, 2020

**Time in court:** 4:01 p.m. - 4:05 p.m.

**ECRO/CRD:** Lorna Jones

The parties appeared for an initial appearance hearing. Defendant consented to appear by video from PCDF. The nature of the hearing was stated for the record and Defendant was advised of the rights. David Parker was appointed and on behalf of his client waived probable cause and an identity hearing. The government is seeking detention for reasons stated on the record and defendant waived the issue of detention while reserving the right to request a hearing at a later date. The Court will enter and Order of Detention. Parties excused.

**AUSA:** Stacy Williams

**Defense Counsel:** David Parker

**USPO:** Ryan Clodfelter