# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                                    **No. 4:20-cr-288-DPM-4**

**ALINE A. ESPINOSA-VILLEGAS**                                    **DEFENDANT**

## SENTENCING SCHEDULING ORDER

Sentencing is set for **14 April 2022 at 9:00 a.m. in Courtroom 1A.**
So the Court and all parties can prepare for the hearing, the Court sets
the following schedule.

- Final PSR, including responses to objections,
  circulated....................................................................**15 March 2022**

- Motions to depart or vary and sentencing
  memoranda filed...........................................................**22 March 2022**

- Joint notice by filing about witnesses,
  estimated hearing length, likelihood of third
  point, and applicability of safety valve, and
  any other case-specific issue that the Court
  needs to prepare for......................................................**31 March 2022**

- Responses to any departure or variance motions
  and responding memoranda filed.............................**31 March 2022**

If any of these deadlines is not met, then the sentencing will be
continued absent extraordinary circumstances.

So Ordered.

D.P. Marshall Jr
United States District Judge

24 September 2021