## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                      **Plaintiff**

**v.**                            **Case No.: 4:20–cr–00288–DPM**

**Aline A Espinosa–Villegas**                                                     **Defendant**

## NOTICE OF HEARING

    PLEASE take notice that the Sentencing has been rescheduled in this case for July 8, 2022, at 10:00 AM before Chief Judge D. P. Marshall Jr. in Little Rock Courtroom # 1A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:**  March 10, 2022                            AT THE DIRECTION OF THE COURT
                                                    TAMMY H. DOWNS, CLERK


                                                    **By:**  Sherri L. Black, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas