# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                 PLAINTIFF

v.                   No. 4:20-cr-288-DPM-4

ALINE A. ESPINOSA-VILLEGAS                         DEFENDANT

## ORDER

Motion for order, *Doc. 182*, granted. The Court directs the Clerk to accept payments from Espinosa-Villegas and hold the funds in the Court Treasury Registry until judgment is entered in this case.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 March 2022