IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:20-cr-288-DPM-4

ALINE A. ESPINOSA-VILLEGAS                                            DEFENDANT

SECOND AMENDED SENTENCING SCHEDULING ORDER

Sentencing is set for **18 November 2022 at 1:30 p.m. in Little Rock Courtroom 1A.** So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections, circulated ............................................................................ **received**

- Motions to depart or vary and sentencing memoranda filed ...................................................... **28 October 2022**

- Joint notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve, and any other case-specific issue that the Court needs to prepare for .............................................. **4 November 2022**

- Responses to any departure or variance motions and responding memoranda filed ....................... **4 November 2022**

If any of these deadlines is not met, then the sentencing may be continued absent extraordinary circumstances.

So Ordered.

*[signature: DPMarshall Jr.]*
D.P. Marshall Jr
United States District Judge

<u>25 October 2022</u>