UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:20-CR-00288-DPM |
| | ) | |
| ALINE ESPINOSA-VILLEGAS | ) | DEFENDANT |

**MOTION TO MODIFY**
**CONDITIONS OF PRETRIAL RELEASE**

Comes now the Defendant, Aline Espinosa-Villegas, by and through her attorney, David W. Parker, and for her Motion to Modify Conditions of Pretrial Release, states as follows:

1.      Defendant moves the court to modify the conditions of her release to allow her to relocate to Chicago, Illinois, and to remove the curfew requirement.

2.      A bond hearing was held on the Defendant on January 20, 2021.  At that hearing, Defendant was released, subject to the conditions stated in the Order Setting Conditions of Release filed on the same date as Document 50.

3.      Subsequent Orders have modified Defendant's Order Setting Conditions of Release (Document 50) as follows:

    a.   Condition (7)(q) regarding location monitoring was removed on September 7, 2021. (Document 145).

    b.   Condition (7)(g) regarding contact with co-defendants was removed on May 25, 2022.  (Document 207).

4.      On September 23, 2021, Defendant entered a Plea Agreement with the government, and her guilty plea to Count 9 of the Indictment was accepted by the Court. (Document 151).

1

5.      Since Defendant's last hearing in this Court on September 23, 2021, there have been no violations or other issues regarding her supervised release.  Defendant has resided in Little Rock, Arkansas, remains compliant with the conditions, and continues to await a sentencing hearing, which is not presently scheduled.  Defendant has no history of failing to appear for court appearances.

6.      Defendant has recently become engaged to be married to codefendant, Renea Goddard, who this Court previously allowed to relocate to Chicago.  Defendant wishes to relocate to Chicago, Illinois because it is in her best interest for her career and to be closer to her fiancée while awaiting her sentencing hearing.

7.      Defendant further moves the Court to remove the condition (7)(p) regarding a curfew.

8.      Counsel has spoken with AUSA Stacy Williams and is authorized to state that the government does not object to this Motion.

9.      Defendant understands that all remaining conditions of her release remain in effect.

WHEREFORE, Defendant respectfully requests this Court grant Defendant's Motion to Modify Conditions of Pretrial Release to allow her to relocate to Chicago, Illinois, and that the condition of a curfew be removed for the remainder of her pretrial release or until further orders of this Court; and to all other relief to which she is entitled.

Respectfully submitted,

ALINE ESPINOSA-VILLEGAS

By:    David W. Parker_____
       AR Bar Number 2009216
       313 West Second Street
       Little Rock, AR 72201

2

(501) 375-9901
dparker@dkrfirm.com