# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

v.                  No. 4:20-cr-288-DPM-4

**ALINE A. ESPINOSA-VILLEGAS**                      **DEFENDANT**

## ORDER

Motion, *Doc. 330*, mostly granted. Fed. R. Crim. P. 36. The first recommendation made to the Bureau of Prisons in the Judgment is amended to read: "1) that this case be immediately referred to the Transgender Executive Council for designation to a facility. If appropriate, the Court recommends designation to FPC Bryan or FMC Carswell to facilitate family visitation." And her new report date is 26 January 2024. All other provisions in the Judgment, *Doc. 321*, remain in effect.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 December 2023